# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

================
## NO. 03-05-00220-CV
================

**Duncan Robertson, Appellant**

**v.**

**NetSolve, Inc., Appellee**

========================================================================
### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. GN400588, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING
========================================================================

## M E M O R A N D U M   O P I N I O N

Appellant Duncan Robertson filed an agreed motion to dismiss this appeal, stating that the parties have settled their dispute.  Accordingly, we grant the motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Agreed Motion

Filed:   July 20, 2005